```
         UNITED STATES DISTRICT COURT
             DISTRICT OF MINNESOTA
         CIVIL NO.: 21-1396 (DSD/TNL)
```

Jeremiah Ybarra,

       Petitioner,

**ORDER**

v.

Warden S. Kallis,

       Respondent.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated September 28, 2022 [ECF No. 19], along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that the Clerk of Court is directed to **TRANSFER** this matter to the United States District Court for the Northern District of Ohio.

Dated: October 25, 2022

                                       /s David S. Doty
                                       David S. Doty, Judge
                                       United States District Court